BEFORE THE THIRD DIVISION, MARCH 12, 1958

**No. 61678.**—Ucagco, Inc. *v.* United States, protest 303507–K (B) (Baltimore).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of 6-inch earthenware cereal saucers, valued at $1.98 per dozen pieces, the claim of the plaintiff was sustained.